APPENDIX B





File Edit View History Bookmarks Tools Help

Hello! Sign in or register. | Site Map

Categories ▼ | Motors | Express | Stores |

[eBay logo] [search box] [Search] Advanced Search

Buy | Sell | My eBay | Community | Help

Home > Buy > Search Results for 'left center right'

| All Items | Auctions | Buy It Now |

left center right | All Categories | [Search] Advanced Search

☐ Search title and description

**Matching Categories**

Toys & Hobbies (13)
- Games (13)

Books (2)
- Textbooks, Education (2)

Consumer Electronics (2)
- Home Audio (2)

eBay Motors (2)
Business & Industrial (1)
Entertainment Memorabilia (1)

**Related Guides**
- Slot Cars
- Kids Toys
- Board Games
- Children's Board Games
- Classic Board Games
- Miniature War Games

See all related guides ...

**Search Options**

Location:
☐ Worldwide ▼
☐ Items within 200 miles of [ZIP/Postal]

Show only:
☐ Items listed with PayPal
☐ Buying Options

[Find the right employee in your area, fast! LEARN MORE - monster]

21 items found for left center right · Save this search

Sign in to see your customized search options

List View | Picture Gallery
[Compare] Featured Items

Sort by: Time: ending soonest ▼ Customize Display

| Item Title | PayPal | Bids | Price | Shipping to USA | Time Left ▲ |
|---|---|---|---|---|---|
| LCR DICE GAME=L C R~LRC~L R C~ LEFT RIGHT CENTER **FREE SHIPPING** BUY (10) GET (1) FREE**READY TO SHIP** | 🅿 | | $6.79 | Free | 6d 11h 05m |
| KO11 LEFT RIGHT & CENTRE English 1sh 51 Langdon art! | 🅿 | 4 | $3.13 | Not specified | 17h 42m |
| 95 96 97 98 99 Eclipse tail lights left right center | 🅿 | =Buy It Now | $30.00 / $50.00 | $25.00 | 18h 29m |
| LCR DICE ~ LEFT CENTER RIGHT DICE GAME ~ LRC L C R CLR | 🅿 | =Buy It Now | $5.89 | Free | 1d 11h 35m |
| LCR DICE ~ LEFT CENTER RIGHT DICE GAME ~ LRC L C R CLR | 🅿 | =Buy It Now | $5.89 | Free | 1d 11h 39m |
| LCR DICE ~ LEFT CENTER RIGHT DICE GAME ~ LRC L C R CLR | 🅿 | =Buy It Now | $5.89 | Free | 1d 11h 40m |





LCR DICE ~ LEFT CENTER RIGHT DICE GAME ~ LRC L C R CLR

- Shop eBay Stores
- Fun Home Stuff (5)
- Discount Comics NOW Comic Bookstore (2)
- Wallflower Productions (1)
- Arts Game Store (1)

See all matching Stores
See all common keywords

ADVERTISEMENT
Orange Mortgage
6.12% 6.48%
on a 5/1 ARM
ING DIRECT
Save Your Money

Get NFL TICKETS
StubHub!

| | Item Title | | Price | Store |
|---|---|---|---|---|
| ☐ | NEW LCR Dice Game - Left Center Right - CLR Dice Game | =Buy It Now | $3.95  $5.99 | 1d 20h 48m |
| ☐ | LCR Dice Game Left Right Center Dice Game LRC NIB 1 Set  Free Shipping ~ First Class Mail ~ Free Shipping | =Buy It Now | $3.95  $5.99 | 2d 10h 47m |
| ☐ | Left Center Right Dice Game - Koplow Games - New | =Buy It Now | $6.95  Free | 2d 20h 09m |
| ☐ | File Folders LETTER 1 BX LEFT, 1 BX RIGHT 1 BX CENTER | =Buy It Now | $6.49  $6.97  $3.95 | 3d 05h 24m |
| ☐ | LEFT CENTER RIGHT DICE GAME | =Buy It Now | $0.99  Calculate | 3d 08h 56m |
| ☐ | Energy RVS - Left, Center, Right - Home Theater RVS (3) | =Buy It Now | $4.89  $3.06 | 3d 16h 16m |
| ☐ | Left, Right, and Center by Robert Atwan (1996) | | $299.00  $345.00  Not specified | 4d 21h 49m  4d 39m |
| ☐ | Left, Right, and Center by Robert Atwan (1996) | | $0.99  $2.50 | 4d 22h 01m |
| ☐ | RBH C-770 Loud Speaker Left Right Center - BRAND NEW | | $0.99  $2.50 | 5d 14h 32m |
| ☐ | Left Center Right Dice Game - Koplow Games - New | =Buy It Now | $50.00  Calculate | 5d 15h 44m |
| ☐ | LCR Game ~ Hot New Game ~ Left Center Right Dice Game | =Buy It Now | $6.49  $3.95 | 5d 16h 44m |
| ☐ | LCR DICE GAME~L C R~LRC~L R C~ LEFT RIGHT CENTER  **FREE SHIPPING** BUY (10) GET (1) FREE**READY TO SHIP* | =Buy It Now | $5.79  Free | 6d 11h 05m |

Compare  To compare items side-by-side, select the check boxes and click the Compare button.

Page 1 of 1

48 items found for left center right in eBay Stores stores. Learn more about eBay Stores.





Screenshot of SHOP.COM webpage for "Left Center Right Dice Game" from BoardGamesUSA.

File Edit View History Bookmarks Tools Help

SHOP•COM — All your favorite stores. OneCart™ convenience.

Hi. Please Sign In. New Customer? Start Here.
sign in / my account / OneCart™ / help

my shop / apparel / beauty / home / gifts & registry / departments / stores / specials

I'm shopping for [ ] in [BoardGamesUSA.com] [FIND IT NOW]

Get your FREE copy of Harry Potter and the Deathly Hallows new title details >

BoardGames USA
★★★★★ store rating

Left Center Right Dice Game
be the first to review this product

Item 104189
Was $5.99
Now $3.97
You Save $2.02

price promise ⓘ

Quantity [1]

Gift Wrap [No Gift Wrap ▼]

zip code [ ]
Don't know Zip Code? Get info by state or country

☐ calculate shipping
☐ view OneCart™
☐ save for later
☐ add to gift registry
☐ email to friend

A fast-paced new dice game using specially imprinted dice and the betting medium of your choice: Chips, Pennies, Golden Dollar Coins, M & M's, Unshelled Peanuts, Barbie's Shoes, Cookies, etc). Each game comes in a tube with its own plastic chips. 3 or more Players. Ages 5 and up.

product info | shipping info | return policy | store info

Left Center Right Dice Game

A fast-paced new dice game using specially imprinted dice and the betting medium of your choice: Chips, Pennies, Golden Dollar Coins, M & M's, Unshelled Peanuts, Barbie's Shoes, Cookies, etc). Each game comes in a tube with its own plastic chips. 3 or more Players. Ages 5 and up.

Go back    Previous Search

send us your feedback! ⓘ

Product information and prices are provided by merchants and/or third party sources. At SHOP•COM we do everything we can to ensure the accuracy of the product information or prices displayed, but occasionally, errors occur. Please notify SHOP•COM of any information or pricing inaccuracies so that we may immediately notify the merchants to correct the problem. We apologize for any inconvenience this may cause.

. . . SHOP.COM makes online shopping easy by allowing shoppers to shop across millions of products.

Done

http://www.shop.com



Home > Toys & Games > Games & Puzzles > LCR Dice Game (Left Center Right)

# BizRate shopping search

Home | Home & Garden | Computers | Clothes | Toys | Electronics | Kids | Jewelry | All Departments

I'm shopping for [         ] In [All Departments ▼] [Find it]

Your account | Sign up for our newsletter!

## Games & Puzzles

**Product Type**
- Puzzles
- Anime Cards
- Card Decks & Games
- Dice Games
- Handheld Games
- More

**Age Group**
- 5 - 7 Years
- 8 - 12 Years
- 12 - 24 Months
- 2 - 4 Years
- 13 Years & Above

**Popular Games**
- Monopoly
- Sorry!
- Dominoes
- Bingo
- Game Of Life
- More

**Price Range**
- Under $10
- $10 - $20
- $20 - $50
- Over $50
- More

**Board Games**
- TV & Movie Games
- Memory & Matching Games
- Magic Games
- Word Games
- Strategy Games
- More

**Puzzle Type**

### LCR Dice Game (Left Center Right)



**Price: $4.97** The W.A.S. eZone

**Product Details:**
FREE SHIPPING! BUY (10) GET (1) FREE! LCR Dice Game, the game that's sweeping the country and selling out everywhere! Comes in tube as shown, with 3 LCR Cubes, 24 chips, and playing instructions. At The W.A.S. eZone, shipping is always free! (Other...

Write a review

**Related Searches** in Games & Puzzles
lcr game, games polly, dora game play, lcr dice game, train tickets, new pokemon cards, More

**More Products from The W.A.S. eZone**
View more products from The W.A.S. eZone

### Found at 1 store

😊 = Outstanding   😊 = Good   😊 = Satisfactory   😊 = Poor

| Store Name | Would Shop Again | On Time Delivery | Customer Support | Prod. Mdt. Expect. | Customer Certified | Additional Info. | In Stock Authorized Dealer | Price |
|---|---|---|---|---|---|---|---|---|
| The W.A.S. eZone | | | | | | This store is not yet rated. Why? | | $4.97 Go! |

Calculate Taxes & Shipping costs for your area - Enter your ZIP code: [    ] [Calculate]

### More Games & Puzzles

Products per page: 10 ▼   Sort by: Best Match ▼   1 2 3 4 5 ... Next ▶

| | Product Title | Store | Price |
|---|---|---|---|
| 1 | Ben 10 Total Transformation Game Ben 10 Total Transformation Game Pressman Toys Ben 10 Total Transformation... | BoardGames.com This store is rated 😊 | $14.95 |
| 2 | Yu-Gi-Oh! Lost Millenium Special Edition Box Discover the secrets of The Lost Millenium and unearth ancient... | KBtoys.com This store is rated 😊 | $12.99 |



http://www.shopatmoxie.com/