Date: 9/7/07  
Start: 10:15  
Finish: 10:28  

Judge: T. Rawles Jones, Jr.  
Reporter: FTR  

Civil Action Number: 07CV498

George + Company LLC

vs.

Imagination Entertainment Limited

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

Δ's motion to exclude - granted (treated as a motion to compel)

Π motion to reschedule - denied
     to extend discovery - granted

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

( ) Report and Recommendation to Follow
(X) Order to Follow